UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN - NAME NOT GIVEN,<br><br>　　　　Defendant. | Case No. 15-cv-01080-KAW<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On March 9, 2015, Plaintiff, an inmate at California State Prison—Sacramento, sent a letter addressed to the Honorable Thelton E. Henderson alleging that prison officials were deliberate indifferent to his serious medical needs.  On the same day, the Clerk of the Court opened a case file and sent Plaintiff a notice that he must submit a complaint within twenty-eight days or his action would be dismissed.  The Clerk also sent Plaintiff a notice that he must pay the filing fee or submit a completed and signed Court-approved *in forma pauperis* application within twenty-eight days or the action would be dismissed.

On March 20, 2015, Plaintiff submitted a letter stating that he did not intend to file a complaint.  Dkt. No. 5.

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case.  Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED**.

Dated: April 15, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge